# Exhibit 1

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | FileHash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 67.168.11.168 | µTorrent 3.2.3 | 03/01/2013 01:39:45 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Olympia |
| 2 | 71.231.92.218 | Vuze 4.8.0.0 | 02/27/2013 12:52:54 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Everett |
| 3 | 76.104.213.3 | Vuze 4.9.0.0 | 02/26/2013 01:43:15 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Everett |
| 4 | 50.135.237.228 | Vuze 4.8.1.2 | 02/24/2013 06:30:06 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Lynnwood |
| 5 | 24.113.92.190 | µTorrent Mac 1.9.0 (Beta) | 02/24/2013 05:41:33 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Wave Broadband | Belfair |
| 6 | 75.172.5.214 | Vuze 4.7.2.0 | 02/22/2013 01:24:46 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 7 | 67.185.75.123 | µTorrent 3.2.3 | 02/17/2013 03:12:47 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Maple Valley |
| 8 | 71.217.122.137 | Vuze 4.7.2.0 | 02/11/2013 05:19:47 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Tacoma |
| 9 | 50.46.215.100 | µTorrent 3.2.3 | 02/07/2013 11:16:59 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Frontier Commur | Everett |
| 10 | 174.31.182.251 | Vuze 4.7.2.0 | 02/07/2013 02:27:58 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 11 | 67.160.122.87 | µTorrent 3.1.3 | 02/06/2013 04:39:33 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Federal Way |
| 12 | 50.135.195.227 | µTorrent 3.2.3 | 02/01/2013 10:22:38 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Auburn |
| 13 | 71.217.113.66 | Vuze 4.7.2.0 | 01/29/2013 05:38:00 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Everett |
| 14 | 71.231.168.250 | µTorrent Mac 1.8.0 | 01/27/2013 05:48:04 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 15 | 24.17.7.130 | Vuze 4.8.1.2 | 01/26/2013 08:04:56 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Tacoma |
| 16 | 76.28.147.208 | Vuze 4.5.0.4 | 01/23/2013 08:06:00 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Mercer Island |
| 17 | 174.61.149.83 | µTorrent 3.2.1 | 01/20/2013 08:17:27 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Frontier Commur | Lake Stevens |
| 18 | 50.123.104.74 | µTorrent 3.2.3 | 01/19/2013 04:59:24 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Frontier Commur | Marysville |
| 19 | 50.35.182.175 | BitTorrent 7.7.3 | 01/17/2013 12:37:27 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Kent |
| 20 | 71.217.115.184 | Vuze 4.7.2.0 | 01/15/2013 07:59:38 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Nobis Technology | Seattle |
| 21 | 64.120.19.143 | µTorrent 3.2.3 | 01/13/2013 12:58:42 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Seattle |
| 22 | 24.19.200.142 | µTorrent 2.2.0 | 01/13/2013 09:56:27 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Bellevue |
| 23 | 50.194.61.206 | µTorrent 3.2.3 | 01/09/2013 12:04:43 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Seattle |
| 24 | 98.237.208.110 | µTorrent 3.2.3 | 01/08/2013 06:13:18 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Marysville |
| 25 | 76.22.36.15 | BitTorrent 7.6.1 | 01/07/2013 08:08:13 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 26 | 216.160.110.184 | µTorrent 3.2.0 | 01/04/2013 02:22:29 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 27 | 67.182.128.128 | µTorrent 3.2.3 | 01/02/2013 09:05:13 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Century Link | Seattle |
| 28 | 71.212.75.17 | µTorrent 3.2.3 | 12/30/2012 08:08:49 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Seattle |
| 29 | 24.17.247.77 | µTorrent 3.2.3 | 12/26/2012 07:40:07 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Bellevue |
| 30 | 76.22.105.179 | µTorrent Mac 1.8.1 | 12/26/2012 07:06:17 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Auburn |
| 31 | 76.22.0.24 | µTorrent 2.2.1 | 12/26/2012 12:05:09 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Kirkland |
| 32 | 50.54.234.29 | Vuze 4.8.0.0 | 12/25/2012 09:08:07 PM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Frontier Commur | Redmond |
| 33 | 24.19.79.114 | Vuze 4.5.0.4 | 12/25/2012 04:58:13 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Puyallup |
| 34 | 67.168.2.22 | -UM15120 | 12/25/2012 03:09:14 AM | SHA1: 33E6C4D563C276F29A7A48502C664O0191DE3DD72 | Comcast Cable | Olympia |

| # | IP | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 35 | 24.16.106.112 | BitTorrent 7.6.1 | 12/25/2012 12:01:08 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Kent |
| 36 | 75.172.13.216 | µTorrent 3.1.3 | 12/24/2012 06:20:48 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Century Link | Seattle |
| 37 | 24.22.4.200 | µTorrent 3.1.3 | 12/24/2012 04:53:11 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Longview |
| 38 | 24.17.255.120 | µTorrent 3.2.3 | 12/24/2012 04:40:19 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Lynnwood |
| 39 | 71.227.153.7 | µTorrent 2.0.3 | 12/24/2012 01:02:56 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Seattle |
| 40 | 24.22.207.95 | Vuze 4.8.0.0 | 12/24/2012 12:00:03 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Aberdeen |
| 41 | 50.46.245.88 | µTorrent Mac 1.8.0 | 12/23/2012 09:07:47 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Frontier Communi | Bothell |
| 42 | 71.231.9.69 | µTorrent 3.2.3 | 12/23/2012 06:47:18 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Everett |
| 43 | 24.17.161.53 | SoMud 1.3.6.0 | 12/23/2012 06:03:12 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Bellingham |
| 44 | 24.22.149.192 | µTorrent 3.2.3 | 12/23/2012 04:50:45 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Auburn |
| 45 | 67.183.4.58 | µTorrent 3.2.2 | 12/23/2012 03:13:30 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Lynnwood |
| 46 | 24.19.113.21 | µTorrent 3.2.3 | 12/22/2012 09:38:46 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Spanaway |
| 47 | 71.197.247.63 | µTorrent 3.2.3 | 12/22/2012 01:57:32 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Seattle |
| 48 | 98.225.41.68 | µTorrent 3.2.0 | 12/21/2012 10:55:06 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Spanaway |
| 49 | 131.191.60.99 | BitTorrent 7.7.0 | 12/21/2012 03:27:11 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Click! Network | Tacoma |
| 50 | 71.231.9.65 | Vuze 4.8.0.0 | 12/21/2012 11:07:48 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Everett |
| 51 | 67.185.178.170 | Vuze 4.7.1.2 | 12/21/2012 04:00:13 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Bothell |
| 52 | 76.22.63.135 | µTorrent 3.2.3 | 12/21/2012 03:53:58 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Bellevue |
| 53 | 67.171.248.243 | µTorrent 3.2.2 | 12/20/2012 10:29:05 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Vancouver |
| 54 | 24.19.137.43 | Vuze 4.8.0.0 | 12/20/2012 10:57:00 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Puyallup |
| 55 | 174.61.240.65 | Vuze 4.8.1.2 | 12/20/2012 10:02:55 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Olympia |
| 56 | 50.135.96.139 | µTorrent 3.2.3 | 12/20/2012 03:59:21 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Everett |
| 57 | 98.203.181.93 | µTorrent 3.2.3 | 12/20/2012 09:59:35 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Verizon Wireless | Tacoma |
| 58 | 70.199.225.152 | Vuze 4.8.0.0 | 12/20/2012 07:06:43 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Verizon Wireless | Graham |
| 59 | 50.47.29.182 | BitTorrent 7.7.0 | 12/19/2012 09:19:45 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Frontier Communi | Lynnwood |
| 60 | 24.16.235.253 | -UM15120 | 12/19/2012 12:43:16 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Renton |
| 61 | 24.16.152.248 | µTorrent 3.2.0 | 12/19/2012 12:08:19 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Bellevue |
| 62 | 75.172.8.168 | Vuze 4.8.0.0 | 12/19/2012 09:02:51 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Century Link | Federal Way |
| 63 | 76.104.164.62 | µTorrent 3.2.3 | 12/19/2012 04:18:30 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Everett |
| 64 | 98.232.41.74 | Vuze 4.8.0.0 | 12/18/2012 08:18:54 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Verizon Wireless | Maple Valley |
| 65 | 70.199.232.213 | µTorrent 3.2.2 | 12/18/2012 02:51:11 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Verizon Wireless | Tacoma |
| 66 | 76.115.180.68 | µTorrent 3.2.0 | 12/18/2012 01:32:13 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Vancouver |
| 67 | 76.115.73.185 | µTorrent 2.2.1 | 12/18/2012 01:01:52 AM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Vancouver |
| 68 | 24.18.33.65 | BitTorrent 7.7.0 | 12/17/2012 | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Auburn |
| 69 | 24.22.24.61 | µTorrent 3.2.2 | 12/17/2012 09:34:53 PM | SHA1: 33E6C4D563C276F29A7A48502C66401 91DE3DD72 | Comcast Cable | Vancouver |

| # | IP | Client | Date | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 70 | 67.183.4.91 | Vuze 4.8.0.0 | 12/17/2012 07:36:18 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lynnwood |
| 71 | 75.172.4.166 | µTorrent 3.1.3 | 12/17/2012 06:39:17 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Seattle |
| 72 | 71.227.168.185 | µTorrent 3.2.0 | 12/17/2012 01:45:47 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 73 | 63.228.109.222 | BitTorrent 7.7.2 | 12/17/2012 01:00:32 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Port Angeles |
| 74 | 24.22.174.100 | µTorrent 3.1.3 | 12/17/2012 12:08:21 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Federal Way |
| 75 | 24.22.236.191 | µTorrent 3.2.1 | 12/16/2012 10:11:31 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lakewood |
| 76 | 97.113.115.240 | µTorrent 3.2.1 | 12/16/2012 07:28:14 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Tacoma |
| 77 | 199.30.250.206 | µTorrent 3.2.2 | 12/16/2012 02:35:04 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | The Tulalip Tribes | Marysville |
| 78 | 174.25.57.66 | µTorrent 3.2.3 | 12/16/2012 03:29:31 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Vancouver |
| 79 | 71.231.150.220 | libtorrent (Rasterbar) 0.15 | 12/16/2012 12:45:51 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Edmonds |
| 80 | 24.16.225.108 | Vuze 4.7.1.2 | 12/15/2012 11:40:09 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Renton |
| 81 | 23.19.33.30 | Vuze 4.8.0.0 | 12/15/2012 03:11:01 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Nobis Technology | Seattle |
| 82 | 131.191.9.111 | µTorrent Mac 1.6.4 | 12/15/2012 09:32:32 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Click! Network | Tacoma |
| 83 | 50.46.254.110 | BitTorrent 7.7.2 | 12/15/2012 07:27:44 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Bothell |
| 84 | 24.19.23.78 | Vuze 4.8.0.0 | 12/15/2012 06:12:19 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spanaway |
| 85 | 71.231.140.125 | Transmission 2.50 | 12/15/2012 03:48:39 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Tacoma |
| 86 | 71.236.183.138 | Vuze 4.8.0.0 | 12/15/2012 02:08:44 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 87 | 71.34.102.150 | BitTorrent 7.2.1 | 12/14/2012 11:55:36 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 88 | 50.135.165.207 | µTorrent 3.2.1 | 12/13/2012 04:43:09 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Olympia |
| 89 | 98.247.200.191 | µTorrent 3.2.2 | 12/13/2012 02:28:01 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lynnwood |
| 90 | 50.46.191.244 | µTorrent Mac 1.6.4 | 12/12/2012 02:05:50 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Mukilteo |
| 91 | 71.227.129.129 | µTorrent 3.2.3 | 12/12/2012 07:56:02 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Bremerton |
| 92 | 71.231.131.32 | µTorrent 3.2.3 | 12/12/2012 04:02:04 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lynnwood |
| 93 | 24.16.106.37 | µTorrent 3.2.1 | 12/11/2012 06:32:00 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Kent |
| 94 | 24.16.190.12 | µTorrent 3.2.2 | 12/11/2012 05:48:49 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Maple Valley |
| 95 | 67.168.23.220 | µTorrent Mac 1.8.0 | 12/11/2012 04:08:41 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Monroe |
| 96 | 67.183.126.251 | BitTorrent 7.7.0 | 12/11/2012 08:02:34 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Shelton |
| 97 | 24.18.189.246 | µTorrent 3.2.3 | 12/11/2012 07:56:21 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 98 | 50.46.114.148 | BitComet 1.34 | 12/11/2012 04:24:57 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Kirkland |
| 99 | 50.34.32.54 | µTorrent 3.2.0 | 12/10/2012 05:59:36 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Lake Stevens |
| 100 | 173.10.108.201 | µTorrent 3.2.2 | 12/10/2012 05:58:53 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Business | Everett |
| 101 | 24.18.184.48 | Vuze 4.7.2.0 | 12/10/2012 05:31:03 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 102 | 207.118.11.217 | Vuze 4.8.0.0 | 12/09/2012 10:59:15 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | CenturyTel Intern | Montesano |
| 103 | 98.246.92.150 | µTorrent 3.2.2 | 12/09/2012 10:31:59 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 104 | 71.227.217.252 | µTorrent 3.2.2 | 12/09/2012 03:47:49 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Bellingham |

| # | IP Address | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 105 | 67.170.116.135 | µTorrent 3.2.2 | 12/09/2012 12:43:30 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Everett |
| 106 | 24.18.223.233 | BitTorrent 7.7.0 | 12/09/2012 07:18:03 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 107 | 174.21.95.235 | µTorrent Mac 1.8.0 | 12/09/2012 03:41:49 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Century Link | Seattle |
| 108 | 71.227.203.121 | Vuze 4.8.0.0 | 12/09/2012 03:07:35 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lynnwood |
| 109 | 174.21.240.189 | Transmission 2.73 | 12/09/2012 01:24:03 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Century Link | Silverdale |
| 110 | 76.121.116.189 | Vuze 4.8.0.0 | 12/08/2012 09:23:23 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Tacoma |
| 111 | 50.35.185.80 | µTorrent 3.1.3 | 12/08/2012 06:41:54 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Marysville |
| 112 | 67.171.4.199 | µTorrent 3.2.2 | 12/08/2012 03:25:52 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Puyallup |
| 113 | 24.21.77.42 | Vuze 4.8.0.0 | 12/08/2012 05:33:59 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Kent |
| 114 | 76.22.125.31 | µTorrent Mac 1.8.0 | 12/08/2012 01:32:30 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Camas |
| 115 | 98.125.178.89 | µTorrent 3.2.1 | 12/08/2012 01:01:55 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | CenturyTel Intern | Gig Harbor |
| 116 | 173.160.159.238 | Transmission 2.51 | 12/07/2012 10:20:36 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Business | Auburn |
| 117 | 174.34.144.147 | µTorrent Mac 1.6.5 | 12/07/2012 07:32:25 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Nobis Technology | Seattle |
| 118 | 24.19.48.10 | Vuze 4.7.1.2 | 12/07/2012 03:08:44 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |
| 119 | 71.237.240.173 | BitTorrent 7.7.0 | 12/07/2012 01:53:56 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 120 | 174.125.121.209 | Vuze 4.7.1.2 | 12/06/2012 08:12:51 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | CenturyTel Intern | Gig Harbor |
| 121 | 24.19.166.163 | Vuze 4.8.0.0 | 12/06/2012 05:35:42 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Oak Harbor |
| 122 | 71.231.16.73 | µTorrent 3.1.3 | 12/06/2012 04:01:49 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lakewood |
| 123 | 71.217.120.188 | µTorrent 3.1.3 | 12/05/2012 11:34:06 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Century Link | Renton |
| 124 | 50.47.30.213 | BitComet 1.34 | 12/05/2012 06:23:14 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Lynnwood |
| 125 | 71.56.143.79 | µTorrent 3.2.2 | 12/05/2012 05:10:28 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 126 | 98.247.218.136 | µTorrent 3.2.2 | 12/04/2012 08:36:45 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Auburn |
| 127 | 71.227.156.151 | Transmission 2.73 | 12/04/2012 01:17:07 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Bremerton |
| 128 | 24.16.165.209 | µTorrent 3.2.2 | 12/04/2012 08:25:56 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Bellevue |
| 129 | 97.120.121.206 | µTorrent 3.2.2 | 12/04/2012 04:34:53 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Century Link | Battle Ground |
| 130 | 24.17.68.46 | µTorrent 3.2.2 (Beta) | 12/04/2012 03:39:57 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lynnwood |
| 131 | 24.19.23.8 | µTorrent 3.2.0 | 12/04/2012 01:35:26 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Puyallup |
| 132 | 71.237.223.154 | µTorrent 3.2.1 | 12/03/2012 04:56:35 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 133 | 24.16.227.248 | µTorrent 3.2.2 | 12/03/2012 10:25:00 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Renton |
| 134 | 24.18.16.74 | µTorrent 3.1.3 | 12/03/2012 08:15:41 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Maple Valley |
| 135 | 98.246.85.142 | µTorrent 3.2.1 | 12/03/2012 05:18:23 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 136 | 207.118.7.103 | Vuze 4.8.0.0 | 12/03/2012 04:56:35 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | CenturyTel Intern | Gig Harbor |
| 137 | 75.172.110.226 | -UM15140 | 12/03/2012 01:21:56 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Century Link | Lakewood |
| 138 | 66.235.44.130 | Vuze 4.8.0.0 | 12/03/2012 01:13:00 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Broadstripe | Seattle |
| 139 | 67.168.86.56 | Vuze 4.7.2.0 | 12/03/2012 12:42:07 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Olympia |

| 140 | 66.235.7.79 | µTorrent 3.2.0 | 12/02/2012 11:44:59 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Broadstripe | Seattle |
|---|---|---|---|---|---|---|
| 141 | 50.47.146.50 | µTorrent 3.1.3 | 12/02/2012 10:59:02 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communications | Monroe |
| 142 | 24.143.84.103 | µTorrent 3.2.1 | 12/02/2012 10:58:30 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Broadstripe | Coupeville |
| 143 | 50.35.181.117 | µTorrent 3.2.0 | 12/02/2012 08:50:19 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communications | Marysville |
| 144 | 50.135.22.195 | µTorrent 3.2.0 | 12/02/2012 07:48:12 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Tacoma |
| 145 | 24.18.36.107 | µTorrent 3.2.2 | 12/02/2012 05:51:46 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Maple Valley |
| 146 | 71.227.240.130 | BitTorrent 7.7.0 | 12/02/2012 02:15:47 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Lakewood |
| 147 | 76.22.2.156 | µTorrent 3.1.3 | 12/02/2012 08:54:21 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Kent |
| 148 | 24.16.149.95 | µTorrent 3.2.0 | 12/02/2012 07:14:55 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Auburn |
| 149 | 67.189.9.135 | BitTorrent 7.7.0 | 12/02/2012 02:52:41 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Vancouver |
| 150 | 50.54.136.182 | µTorrent 3.1.3 | 12/02/2012 01:13:41 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communications | Lynden |
| 151 | 24.19.72.148 | Vuze 4.8.0.0 | 12/01/2012 09:59:39 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Puyallup |
| 152 | 71.231.224.197 | Vuze 4.8.0.0 | 12/01/2012 05:18:33 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Seattle |