The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ELF-MAN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 152, <br><br> Defendants. | Case No.: 2:13-CV-507-RSL <br><br> SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND QUASHING SUBPOENAS |

I, Maureen C. VanderMay, submit the following declaration:

1. I am counsel of record for Plaintiff in the above-entitled matter.

2. I make this supplement declaration in support of Plaintiff's Response to Order to Show Cause and Quashing Subpoenas and, more specifically, in response to the praecipe filed by Napat Tanamthai (Dkt. # 28). My statements are true to the best of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

3.      I have reviewed the praecipe filed by Napat Tanamthai (Dkt. #. 28). This document claims that this person received materials from my office on June 25, 2013. The materials mailed by my office to Napat Tanamthai and Brian Mach were sent on May 6, 2013, three days before the Court issued its Order to Show Cause and Quashing Subpoenas in this action. Indeed, the letter filed with this praecipe is so dated. This mailing was disclosed to the Court in the material we filed in response to the Court's order to show cause.

4.      Upon reviewing the praecipe and attached materials, I confirmed with my office staff that the material we sent to Napat Tanamthai and Brian Mach was sent out on May 6, 2013, and not at any point thereafter. If in fact this material was delivered to the recipients on June 25, 2013, this resulted from the actions of the USPS, the recipients, or some other party but not from any action taken by me or my office.

5.      Attached to the praecipe is a blank IRS form W-9. We have no record of sending this form to the recipients, nor was it our intention to do so. In the unlikely event that the recipients in fact received this form from us, its inclusion was inadvertent.

6.      Upon reviewing the Court's order to show cause, we ceased communicating with the prospective Defendants in this action. In an effort to ensure that we strictly comply with the Court's directive, we also immediately ceased communicating with counsel for such persons. In the face of repeated (and sometimes irate) communications from counsel regarding this matter, we have not responded to their inquiries.

7.      In conjunction with the filing of our response to the Court's order to show cause, we did effect service on the persons who have appeared in this action, either pro se or through counsel. Because of our obligation under the governing rules to serve these materials upon parties who have appeared, I did not construe such service as constituting a communication subject to the Court's order. After we effected service of these materials I did receive an aggressive telephone

2       SUPPLEMENTAL DECLARATION OF
        COUNSEL IN SUPPORT OF                          The VanderMay Law Firm PC
        PLAINTIFF'S RESPONSE TO                        2021 S. Jones Blvd.
        ORDER TO SHOW CAUSE AND QUASHING               Las Vegas, Nevada 89146
        SUBPOENAS (2:13-CV-507)                        702-538-9300

1  message from a pro se party.  At my instruction, our staff simply took his message and we did not
2  return the call.
3  8.    With the exception of the blank IRS Form W-9, the material filed with the praecipe
4  constitutes confidential settlement discussions and should have been filed under seal.  Plaintiff
5  requests that the Court remedy this situation by directing that Docket No. 28 be sealed by the
6  Court Clerk.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: June 28, 2013

                                              Respectfully submitted,

                                              The VanderMay Law Firm

<u>/s/ Maureen C. VanderMay</u>
Maureen C. VanderMay, WSBA No. 16742
email: elfmanwa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300
Of Attorneys for Plaintiff

3    SUPPLEMENTAL DECLARATION OF
    COUNSEL IN SUPPORT OF                The VanderMay Law Firm PC
    PLAINTIFF'S RESPONSE TO               2021 S. Jones Blvd.
    ORDER TO SHOW CAUSE AND QUASHING   Las Vegas, Nevada 89146
    SUBPOENAS (2:13-CV-507)                702-538-9300