1
2
3
4
5
6
7
8
9
10

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| _____ )<br>ELF-MAN, LLC,                                    )<br>                                                     )<br>                   Plaintiff,              )<br>                                                     )<br>v.                                               )<br>                                                     )<br>DOES 1 – 152,                              )<br>                                                     )<br>                   Defendants.            )<br>_____ ) | Case No.:  Case No.: 2:13-CV-507-RSL<br><br>PLAINTIFF'S MOTION FOR AN EXPEDITED<br>STATUS CONFERENCE PURSUANT TO<br>F.R.Civ.P. 16(a)<br><br>NOTE ON MOTION CALENDAR:<br>September 20, 2013 |

        Plaintiff Elf-Man, LLC hereby moves this Court, pursuant to Federal Rule of Civil

Procedure 16(a), to convene a status conference at the Court's earliest convenience after

September 13, 2013, to address procedures for the processing of this action.

        By order filed on August 7, 2013, the Court lifted its previously imposed stay of this

action and allowed preliminary discovery from various Internet Service Providers to

recommence.  Dkt. # 30 at p. 8.  The Court further ordered that Plaintiff "shall have seventy days

from the date of this Order to complete discovery and affect service."  *Id.*

        As explained in the accompanying declaration of counsel, Plaintiff immediately

forwarded to the previously subpoenaed Internet Service Providers copies of the Court's August

PLAINTIFF'S MOTION FOR AN EXPEDITED
STATUS CONFERENCE PURSUANT TO
F.R.Civ.P. 16(a) (Case No.: 2:13-CV-507-RSL) – Page 1

The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300

7th order and subscriber identifying information has started to be delivered to Plaintiff's counsel. Plaintiff's counsel has also been in communication with several attorneys who represent prospective Defendants in this case and has had fairly extensive discussions regarding the theories of liability set forth in Plaintiff's draft amended complaint.

Federal Rule of Civil Procedure 16(a) provides that the Court may, in its discretion, direct counsel and unrepresented parties to appear before it for a conference for a variety of purposes relating to the efficient processing of actions, including expediting disposition, establishing early and continuing control, and discouraging wasteful pretrial activities.  In light of the communications to date with defense counsel and the time frame that the Court has afforded to Plaintiff for naming and serving the Defendants in this action, Plaintiff respectfully requests that the Court schedule an initial status conference so that issues relating to the processing of this case may be discussed with the Court.

DATED: September 5, 2013

Respectfully submitted,

The VanderMay Law Firm

/s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742
email: elfmanwa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300
Of Attorneys for Plaintiff

PLAINTIFF'S MOTION FOR AN EXPEDITED
STATUS CONFERENCE PURSUANT TO
F.R.Civ.P. 16(a) (Case No.: 2:13-CV-507-RSL) – Page 2

The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300