UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ELF-MAN, LLC, | Case No.: Case No.: 2:13-CV-507-RSL |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXPEDITED STATUS CONFERENCE PURSUANT TO F.R.Civ.P. 16(a) |
| v. | |
| DOES 1 – 194, | NOTE ON MOTION CALENDAR: |
| Defendants. | September 20, 2013 |

I, Maureen C. VanderMay, submit the following declaration:

1. I am counsel of record for Plaintiff in the above-entitled matter.

2. I make this declaration in support of Plaintiff's Motion for an Expedited Status Conference Pursuant to F.R.Civ.P. 16(a). My statements are true to the best of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

3. Upon receipt of the Court's order of August 7, 2013, I immediately began contacting the Internet Service Providers to which Plaintiff had previously issued subpoenas in this action and forwarded to each of them a copy of the Court's order.

DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN EXPEDITED
STATUS CONFERENCE PURSUANT TO
F.R.Civ.P. 16(a) (Case No.: 2:13-CV-507-RSL) – Page 1

The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300

4. As of this date, our office has received some but not all of the subpoenaed data. We are actively working with the Internet Service Providers from which we do not yet have complete responsive data.

5. Since receipt of the Court's order allowing this action to proceed, I have also been diligently working on an amended complaint in this action. I have spent a considerable amount of time reviewing decisional law which relates to claims of copyright infringement, particularly in the context of unlawful downloading of copyrighted works.

6. I have also been in communication with various attorneys who had previously contacted our office stating that they represent one or more prospective Defendants in this action. In several instances I have engaged in fairly extensive discussions regarding the theories of liability that we intend to pursue in our amended complaint.

7. In light of these communications and the time frame that the Court has afforded to Plaintiff for naming and serving the Defendants in this action, Plaintiff has moved for an initial status conference pursuant to F.R.Civ.P. 16(a). Plaintiff has made this motion because in our view such a conference would facilitate the orderly and cost effective processing of this action.

8. With respect to timing, in light of the Court's impending deadline to name and serve the Defendants to this action, we have asked that the Court schedule such a conference at its soonest convenience after September 13, 2013. This date is based upon the fact that I have a longstanding commitment to be in a remote area of northern Michigan until that date. The only other date in the near term on which I am not available is September 23, 2013, due to a long scheduled mediation in Portland, Oregon. My other commitments in the upcoming weeks can be rescheduled in order to allow me to appear for a status conference in this action.

/ / / /

/ / / /

/ / / /

DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXPEDITED STATUS CONFERENCE PURSUANT TO F.R.Civ.P. 16(a) (Case No.: 2:13-CV-507-RSL) – Page 2

The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 5, 2013

                                    Respectfully submitted,

                                    The VanderMay Law Firm PC

*/s/ Maureen C. VanderMay*
Maureen C. VanderMay, WSBA No. 16742
email: elfmanwa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300
Of Attorneys for Plaintiff

DECLARATION OF COUNSEL IN SUPPORT OF      The VanderMay Law Firm PC
PLAINTIFF'S MOTION FOR AN EXPEDITED      2021 S. Jones Blvd
STATUS CONFERENCE PURSUANT TO            Las Vegas, Nevada 89146
F.R.Civ.P. 16(a) (Case No.: 2:13-CV-507-RSL) – Page 3      (702) 538-9300