The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ELF-MAN, LLC, | Case No.: Case No.: 2:13-CV-507-RSL |
| Plaintiff, | |
| v. | SUPPLEMENTAL DECLARATION OF SERVICE |
| ERIC CARIVEAU, ET AL., | |
| Defendants. | |

I, Maureen C. VanderMay, hereby declare under penalty of perjury of the laws of the State of Washington, that on this day I caused to be served a true and correct copy of the FIRST AMENDED COMPLAINT in Case No. 2:13-cv-00507-RSL, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| John Doe 67.171.248.243<br>oakbrook.pm@live.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |

SUPPLEMENTAL DECLARATION OF SERVICE
(2:13-cv-507-RSL)– Page 1

The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
702-538-9300

| | |
|---|---|
| Kellen Andrew Hade<br>khade@grahamdunn.com<br>ddemars@grahamdunn.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Michael P. Matesky, II<br>litigation@mateskylaw.com<br>mike@mateskylaw.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| John E. Whitaker<br>docket@wlawgrp.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Jason Couture<br>23605 NE 54th St.<br>Vancouver, WA 98682 |  X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| John Doe 46 | Counsel has reviewed ECF/PACER and no contact information can be found for John Doe 46 and therefore, John Doe 46 has not been served with this document. |
| John Leroy Funseth<br>120 Aspen Lane S.<br>Pacific, WA 98047 |  X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |

DATED this the 4th day of October, 2013, in Salem, Oregon.

 s/ Maureen C. VanderMay 
Maureen C. VanderMay, WSBA No. 16742

SUPPLEMENTAL DECLARATION OF SERVICE
(2:13-cv-507-RSL)– Page 2

The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
702-538-9300