The Honorable Robert S. Lasnik

———— FILED
———— LODGED    **MAIL**
———— RECEIVED

**OCT 23 2013**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

**13-CV-00507-BCST**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELF-MAN, LLC.,

   Plaintiff,

    vs.

ERIC CARIVEAU, et al.,

   Defendants

Case No: 2:13-CV-00507-RSL

VERIFIED ANSWER OF DEFENDANTS

JERRY L. GRAFF and VANDY GRAFF,
husband and wife.

PRO SE

Come now the defendants, JERRY L. GRAFF and VANDY GRAFF, husband and wife, and for answer to the First Amended Complaint for Copyright Infringement, allege and aver as follows:

Answering paragraphs 1 through 10, inclusive, of the Introduction, these defendants **DENY** the same because they lack adequate information or knowledge thereof.

Answering paragraphs 11 through 13, inclusive, regarding Jurisdiction and Venue, defendants **ADMIT** paragraphs 11 and 12, and **ADMIT** that venue lies in the

- 1 -

Verified Answer of Defendants Jerry L. Graff
and Vandy Graff, husband and wife (PRO SE)

18225 Sunshine Lane SW
Rochester, WA 98579
Tel.: (360) 943-0491

United States District Court, Western District of Washington, but **DENY** that, as to them,

venue is proper in Seattle; instead, inasmuch as they both reside in Rochester,

Thurston County, Washington, proper venue is in Tacoma.   Seattle is an inconvenient

forum for these defendants.  Venue should be transferred to the United States District

Court, Western District of Washington at Tacoma.

Answering paragraph 14 regarding Parties, defendants **ADMIT** the same.

Answering paragraphs 15-21. Regarding the Rights of the Plaintiff, defendants

**ADMIT** paragraph 15 but **DENY** paragraphs 16 through 20, inclusive, for lack of

knowledge thereof, and defendants expressly **DENY** paragraph 21 because defendants

have no knowledge of Plaintiff nor of the motion picture titled *Elf-Man*, which motion

picture they have never even known existed, have never downloaded from the Internet,

have never seen, and have no desire to see.

Answering paragraphs 22 through 71 regarding the other named defendants,

these defendants lack knowledge of the truth or falsity of the allegations therein, know

none of said other named defendants, nor have these defendants had any transactions

or dealings with any of them of any kind at any time – neither by the Internet nor in any

other manner; accordingly, these defendants **DENY** paragraphs 22 through 71,

inclusive.

Answering paragraph 72, defendants **ADMIT** the same.

Answering paragraph 73, defendants **ADMIT** that, at all times material, they have

resided in Rochester, Washington, and that they currently reside in Rochester,

Washington.

- 2 -

Verified Answer of Defendants Jerry L. Graff
and Vandy Graff, husband and wife (PRO SE)

18225 Sunshine Lane SW
Rochester, WA 98579
Tel.: (360) 943-0491

Answering paragraph 74, defendants **DENY** the same:  they could not possibly have been observed infringing Plaintiff's motion picture on 12/11/12 at 8:02:34 AM UTC because (a) they did not infringe Plaintiff's motion picture then or at any other time; (b) they were both at home, asleep, at that location (i.e., their Rochester residence) of the cited IP address 67.183.126.251at 8:02:34 AM UTC (i.e., 2 minutes, 34 seconds past midnight, local time), to get ready for their next day's work (Jerry L. Graff at 8 a.m. PST, Vandy Graf 7:30 a.m. PST), as attested to by their respective employers on Attachments A, B and C, which Attachments, by this reference, are incorporated herein; and (c) these defendants are neophyte personal computer users who are wholly incapable of downloading a motion picture from the Internet, legally or otherwise (they only know how to turn their portable personal computer on and off and how to send and receive e-mails).   Accordingly, the allegations of paragraph 74 are ludicrous.

Answering paragraph 75 regarding identification of the remaining Doe defendants, said paragraph does not require an answer from these defendants.

Answering paragraphs 76 through 81 regarding joinder, defendants, lacking sufficient information or knowledge thereof, **DENY** the same.

Answering paragraphs 82 through 86 regarding IP addresses, defendants **ADMIT** the same.

Answering paragraphs 87 through 109, defendants lack knowledge thereof and have grave difficulty understanding the content and meaning therein because much of the terminology is wholly unfamiliar to them as are the concepts there expressed. Accordingly, defendants **DENY** the same.

- 3 -

Verified Answer of Defendants Jerry L. Graff
and Vandy Graff, husband and wife (PRO SE)

18225 Sunshine Lane SW
Rochester, WA 98579
Tel.: (360) 943-0491

1    Answering paragraphs 110 through 119, inclusive, regarding the alleged conduct
2    of the defendants, defendants **DENY** the same.

3    Answering paragraphs 120 through 122, inclusive, regarding an alleged
4    exemplar defendant, defendants have no knowledge thereof and therefore **DENY** the
5
6    same.

7    Answering paragraphs 123 through 131, inclusive, regarding a first claim for relief
8    for alleged copyright infringement, defendants restate their admissions and denials of
9    paragraphs 1 through 122, inclusive, above, and **DENY** paragraphs 124 through 131,
10   inclusive.
11

12   Answering paragraphs 132 through 139, inclusive, regarding a second claim for
13   relief for alleged contributory infringement, defendants restate their admissions and
14   denials of paragraphs 1 through 122, inclusive, above, and **DENY** paragraphs 133
15   through 139, inclusive.  Not only did these defendants not download the motion picture
16
17   titled *Elf-Man* from the Internet, they did not conspire or cooperate with, aid, permit or
18   observe anyone else to download said motion picture anywhere, by any means, at any
19   time.

20   Answering paragraphs 140 through 149, inclusive, regarding a third claim for
21   relief for alleged indirect infringement, defendants restate their admissions and denials
22
23   of paragraphs 1 through 122, inclusive, above, and **DENY** paragraphs 141 through 149,
24   inclusive.

25   Answering paragraph 150 regarding alleged damages, defendants **DENY** the
26   same.

27

- 4 -

28   Verified Answer of Defendants Jerry L. Graff          18225 Sunshine Lane SW
     and Vandy Graff, husband and wife (PRO SE)           Rochester, WA 98579
                                                           Tel.: (360) 943-0491

1   Answering paragraph 151 through 153, inclusive, the plaintiff has no valid, legally

2   cognizable claim for damages against these defendants under any of its causes action;

3   accordingly, as to these defendants, said paragraphs are irrelevant and defendants

4   DENY the same.

## AFFIRMATIVE DEFENSES

7   1.   Improper venue; Rule 12(b)(3), Federal Rules of Civil Procedure.

8   2.   The Complaint fails to state a claim upon which relief can be granted; Rule

9   12(b)(6), Federal Rules of Civil Procedure.

## DEFENDANTS' PRAYER FOR RELIEF

12   WHEREFORE, these defendants pray for judgment against the plaintiff as

13   follows:

14   1.   Change of venue to Tacoma, Washington;

15   2.   Refusal of a temporary and/or permanent injunction against these

16   defendants from directly, contributorily or indirectly infringing plaintiff's rights in plaintiff's

18   motion picture as lacking adequate basis in fact and law for granting such relief to the

19   plaintiff;

20   3.   A finding in favor of these defendants of no direct, contributory and/or

21   indirect copyright infringement;

22   4.   Denial of all of the plaintiff's claims for relief against these defendants;

23

24   5.   Dismissal of all the plaintiff's claims for relief against these defendants

25   with prejudice;

- 5 -

28   Verified Answer of Defendants Jerry L. Graff
and Vandy Graff, husband and wife (PRO SE)                18225 Sunshine Lane SW
                                                          Rochester, WA 98579
                                                          Tel.: (360) 943-0491

6.     Judgment in favor of these defendants for court costs and reasonable attorney fees incurred herein by them, in the sound discretion of the Court and as authorized by 17 U.S.C. § 505. See also, *Fantasy v. Fogerty,* 94 F.3rd 553, 555 (9th Cir. 1996); *Mattel Inc. v. MGA Entertainment, Inc.* (9th Cir, No. 11-56357, Jan. 24, 2013); and

7.     For such other and additional relief as the court deems just.

Respectfully submitted by defendants JERRY L. GRAFF and VANDY GRAFF, husband and wife, this _22nd_ day of October, 2013.

Residence Address: 18225 Sunshine Lane SW; Rochester, WA 98579
Mailing Address:     P.O. Box 6282; Olympia, WA 98507
e-mail address:      jlgraff@yahoo.com
Daytime telephone number:      (360) 943-0491
Facsimile number:               (360) 943-5002.

## VERIFICATION

We, Jerry L. Graff and Vandy Graff, husband wife, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that we have read the above and foregoing Verified Answer of Defendants Jerry L. Graff and Vandy Graff, know the contents thereof, and that the same is true and correct.

WITNESSETH:

JERRY L. GRAFF: date: 10-22-2013   VANDY GRAFF; date: 10-22-2013

## CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on October _22nd_, 2013, I served, by United States Postal Service mail, postage prepaid, a true copy of the above and

- 6 -

Verified Answer of Defendants Jerry L. Graff                18225 Sunshine Lane SW
and Vandy Graff, husband and wife (PRO SE)                  Rochester, WA 98579
                                                            Tel.: (360) 943-0491

1  foregoing Verified Answer of Defendants Jerry L. Graff and Vandy Graff, husband and

2  wife, on the attorneys for the plaintiff at the following address: The VanderMay Law Firm

3  PC; 2021 S. Jones Blvd.; Las Vegas, Nevada 89146.

4

5  Jerry L. Graff, defendant

6  P.O. Box 6282; Olympia, WA 98507
   Tel: (253) 576-6170 (cell)

7  E-mail: jlgraff73@yahoo.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                      - 7 -

28  Verified Answer of Defendants Jerry L. Graff                18225 Sunshine Lane SW
    and Vandy Graff, husband and wife (PRO SE)                  Rochester, WA 98579
                                                                Tel.: (360) 943-0491

# Northwest Recycler Core

2815 29th Ave. SW
Tumwater, WA 98512
Office # 1-360-943-0491
Fax # 1-360-943-5002
E-mail sales@nwrccauto.com

---

PAY PERIOD ENDING
12/15/12

NAME  Jerry Graff

| | REGULAR TIME |
|---|---|
| | DEC 10  A7  :59 |
| | DEC 10  P4  :30 |
| | DEC 11  A7  :59 |
| | DEC 11  P4  :30 |
| | DEC 12  A6  :01 |
| | P 4:30 |
| | DEC 13  A7  :59 |
| | DEC 13  P4  :31 |
| | Dec-14  VG  Sick |

---

PAY PERIOD ENDING
12/15/12

NAME  Vandy Graff

| | REGULAR TIME |
|---|---|
| | DEC 10  A7  :21 |
| | DEC 10  P4  :35 |
| | DEC 11  A7  :30 |
| | DEC 11  P4  :34 |
| | DEC 12  A7  :26 |
| | DEC 12  P4  :41 |
| | DEC 13  A7  :30 |
| | DEC 13  P4  :55 |
| | DEC 14  A7  :27 |
| | DEC 14  P4  :46 |

Attachment A



# The Recycler Core Company, Inc.

A Full Line Core Supplier for Rebuilders

May 5, 2013

Ms. Vandy Graff – Payroll Manager
NorthWest Recycler Core Company
2815 29th Ave SW
Tumwater, WA

Re: Request for Confirmation of Jerry Graffs' Status on December 11, 2012

Dear Ms. Graff,

I, Marius Serban, Payroll Manager for The Recycler Core Company, certify on the date mentioned above, Mr. Jerry Graff was at work according to our records. A copy of the Weekly Attendance for week ending December 15, 2012 is attached.

I have been employed by The Recycler Core Company for 18 years and have served in the capacity of Payroll Manager for 8 years.

Sincerely,

Marius Serban – Payroll Manager

Attachments: Weekly Attendance for week ending 12/15/2012

Attachment B

# NORTHWEST RECYCLER

2815 29th Ave SW.
Tumwater, WA 98512
360-943-0491

Date: 12/17/12

BATCH # 351

## WEEKLY ATTENDANCE

TO: PAYROLL DEPT.; RECYCLER CORE CO.
FAX: 951-276-2957

WEEK ENDING    12/15/12

| FILE NO. | EMPLOYEE NAME | HOURLY | O.T. | COMM. | SALARY | HOL | SICK | VAC | BRV | JURY DUTY | DAYS OFF EXCUSED | DAYS OFF UNEXCUSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1511 | PATRICK WEST | 36.75 | 0.00 | | | | | | | | | |
| 1533 | DEREK WILLIAMS | 39.00 | 0.00 | | | | | | | | | |
| 1550 | JERRY GRAFF | 32.00 | 0.00 | | | | | | | | 8.00 | |
| 1565 | KEVIN EUTENEIER | 40.00 | 4.42 | | | | | | | | | |
| 1585 | VANDY GRAFF | 40.00 | 3.50 | | | | | | | | | |
| 1589 | JOHN MYERS III | 40.00 | 1.25 | | | | | | | | | |
| 1601 | ROBERT BERNAL | 40.00 | 5.50 | | | | | | | | | |
| 1608 | ROBERT JORDAN | 40.00 | 0.33 | | | | | | | | | |
| 1612 | WALTER HUFFMAN | 40.00 | 4.00 | | | | | | | | | |
| 1823 | ELIZABETH HARTWICK | 40.00 | 0.00 | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| * | TOTAL HOURS | 397.75 | 19.00 | | | | | | | | 8.00 | |

NOTES: KEVIN AND GARY ARE SALARIED.
JERRY GRAFF WAS OFF SICK ON FRIDAY 12/14/2012.

PAYROLL MANAGER.    VANDY GRAFF

GENERAL MANAGER    KEVIN STEVENS

filename: payroll.xls

Attachment C