To: Maureen C. VanderMay

From: Shelly Scanlan

Re: Elf-Man, LLC, Civil Action No. 2:13-CV-507-RSL

Date: October 22, 2013



FILED
LODGED
RECEIVED

OCT 24 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

In response to the summons in a civil action this letter is to inform you that I have never engaged in the actions mentioned in this complaint. Up until I received this summons, I had never even heard of the movie Elf-Man. I do not download movies. I have been mistakenly identified and named in this action, and ask that it be dismissed.

Sincerely,

Shelly Scanlan
15131 176th Ave. SE
Monroe, WA 98272

13-CV-00507-BCST

# United States District Court
для the
Western District of Washington

Elf-Man, LLC

          *Plaintiff*

    v.

Eric Cariveau, et al.

          *Defendant*

Civil Action No. 2:13-CV-507-RSL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Shelly Scanlan
15131 176th Ave SE
Monroe, WA 98272

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Maureen C. VanderMay
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 10-4-13