UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELF-MAN, LLC,

            Plaintiff,

    v.

ERIC CARIVEAU, *et al.*,

           Defendants.

Case No. C13-507RSL

ORDER TO SHOW CAUSE

       This matter comes before the Court *sua sponte*. On November 22, 2013, defendants filed a request for judicial notice which, taken as a whole, exceeds 50 pages in length. (Dkt. # 6). As of this date, a courtesy copy of these documents has not been provided for chambers.

       Defendants are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(9). Defendants shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       DATED this 12th day of December, 2013.

                                     /s/ Robert S. Lasnik
                                     Robert S. Lasnik
                                     United States District Judge

ORDER TO SHOW CAUSE