13-CR-00507-ORD

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| ELF-MAN, LLC, | ) | Case No.: 2:13-CV-00507-RSL |
| Plaintiff, | ) ) | STIPULATED MOTION TO DISMISS AND FOR ENTRY OF ORDER |
| v. | ) ) | PERMANENTLY ENJOINING FUTURE INFRINGEMENT AS TO DEFENDANT |
| LEON KIMMERLING, | ) | LEON KIMMERLING ONLY |
| Defendant. | ) ) ) | NOTE ON MOTION CALENDAR: 03/12/2014 |

Plaintiff Elf-Man, LLC and Defendant Leon Kimmerling hereby submit the following stipulated motion pursuant to LCR 7(d)(1), LCR 10(g) and Fed. R. Civ. P. 42(a)(2), to dismiss this action as to Defendant Leon Kimmerling only with prejudice and without costs or fees to either party and for entry of an order that Defendant Kimmerling, without admitting liability or guilt, shall be PERMANENTLY ENJOINED from directly or contributorily infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or

STIPULATED MOTION TO DISMISS
AND FOR ENTRY OF ORDER PERMANENTLY
ENJOINING FUTURE INFRINGEMENT AS TO
DEFENDANT LEON KIMMERLING ONLY
(2:13-CV-507-RSL) – Page 1

The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300

1  with the express authority of Plaintiff. Further, Defendant Kimmerling is directed to destroy all
2  unauthorized copies of Plaintiff's motion picture in his possession or subject to his control, should
3  any such copies exist.

4  DATED: March 12, 2014.

5  Presented by:

6  MATESKY LAW PLLC

7  s/ Michael P. Matesky, II
   Michael P. Matesky, II, WSBA# 39586
8  Email: mike@mateskylaw.com;
          litigation@mateskylaw.com
9  1001 4th Ave., Suite 3200
   Seattle, WA 98154
10 Attorney for Defendant Leon Kimmerling

Presented by:

THE VANDERMAY LAW FIRM

s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA# 16742
Email: elfmanwa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, NV 89146
Of Attorneys for Plaintiff

12 IT IS SO ORDERED.

13 Dated this 13th day of March, 2014.

15 The Honorable Robert S. Lasnik
   UNITED STATES DISTRICT JUDGE

26 STIPULATED MOTION TO DISMISS
   AND FOR ENTRY OF ORDER PERMANENTLY
27 ENJOINING FUTURE INFRINGEMENT AS TO
   DEFENDANT LEON KIMMERLING ONLY
28 (2:13-CV-507-RSL) – Page 2

The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300